An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

DUANE E. WHITMORE,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63194

**FILED**

JUN 07 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK



### ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying a motion to modify. Eighth Judicial District Court, Clark County; Jennifer P. Togliatti, Judge.

The notice of appeal was untimely filed. NRAP 4(b); *Edwards v. State*, 112 Nev. 704, 918 P.2d 321 (1996). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

13-16678

cc: Hon. Jennifer P. Togliatti, District Judge
Duane E. Whitmore
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk